PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Sulaika DeJesus Mendez        Cr.: 22-00396-001
                                                                    PACTS #: 1813311

Name of Sentencing Judicial Officer:    THE HONORABLE CLAIRE C. CECCHI
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/18/2022

Original Offense:    Count 1: Escape from Custody, in violation of 18 U.S.C. 751(a), a Class D Felony

Original Sentence: 366 Days imprisonment, 24 months supervised release

Special Conditions: Special Assessment, Alcohol Restrictions, Substance Abuse testing and Treatment, Mental Health Treatment, Life Skills/Education

Type of Supervision: Supervised Release            Date Supervision Commenced: 12/20/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On December 22, 2022, the undersigned officer conducted an initial home visit at Ms. DeJesus-Mendez's residence following her release from custody. She submitted a urinalysis which tested positive for cocaine. After submitting the sample and being confronted with the results, she admitted she found a small vial of cocaine at her residence while she was unpacking her belongings and ingested the substance. DeJesus-Mendez was scheduled for a substance abuse assessment at Turning Point in Paterson, New Jersey on December 23, 2022. |
| | DeJesus-Mendez reported for her intake appointment and did not provide a urinalysis sample, as directed by the counselor. She returned to the program on January 3, 2023, and admitted she used heroin on or about December 31, 2022, and half ounce of cocaine every two days. DeJesus-Mendez was referred for inpatient treatment and a bed space was coordinated for the following day. |
| | On January 4, 2023, DeJesus-Mendez completed an intake at Turning Point in Paterson, New Jersey. She reported during her intake that she did not use enough illegal substances before entering treatment and was not prepared to stay. The undersigned officer conducted an extended visit at the facility and had a three-way clinical meeting with the counselor and DeJesus-Mendez. At the time of the meeting, DeJesus-Mendez continued to say she did not like this particular program and did not want to stay. She was reminded of the potential consequences of leaving the program and dangers of relapse. DeJesus-Mendez left the program against clinical advice after the undersigned officer left. |

Prob 12A – page 2
Sulaika DeJesus Mendez

On January 6, 2023, DeJesus-Mendez was scheduled to enter inpatient treatment at Integrity House. She was scheduled to report to the intake office by 9am and did not show. She later reported she was unable to get a ride.

On January 9, 2023, DeJesus-Mendez was successfully admitted to residential treatment at Integrity House in Secaucus, New Jersey.

U.S. Probation Officer Action:
Ms. DeJesus-Mendez was sentenced by Your Honor on November 18, 2022, for Escape from Custody and was sentenced to 366 days imprisonment and a two-year term of supervised release. By way of background, Ms. DeJesus-Mendez was originally sentenced in the Eastern District of New York by the Honorable LaShann DeArcy Hall to 37 days in custody and a two-year term of supervised release for Attempt to Possess at least 5 Grams of Methamphetamine with Intent to Distribute. A transfer of jurisdiction was initiated, and the case was assigned to the Honorable Katharine S. Hayden.

While on supervised release, DeJesus-Mendez violated her conditions by using illegal substances and absconding from supervision. She was sentenced to 11 months in custody on the violation. DeJesus-Mendez arrived at Kintock Residential Reentry Center as a Bureau of Prisons inmate and escaped from custody after several weeks. She was ultimately charged by the U.S. Attorney's Office and the underlying case was assigned to Your Honor. Dejesus-Mendez's new term of supervision commenced on December 20, 2022.

The probation office fully recognizes the seriousness of Dejesus-Mendez's substance abuse and noncompliance. Our office is respectfully requesting no formal action at this time. We will closely monitor her participation and compliance in this program and immediately report any additional instances of noncompliance.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   IVETTELIS PEREZ
      Senior U.S. Probation Officer

/ ip

APPROVED:

_____   January 10, 2023
CARRIE H. BORONA           Date
Supervising U.S. Probation Officer

Prob 12A – page 3
Sulaika DeJesus Mendez

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Signature of Judicial Officer

1/25/2023
Date